1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4
5  LOWELL C. POWELL (CABN 235446)
   Special Assistant United States Attorney
6
       450 Golden Gate Avenue, Box 36055
7      San Francisco, California 94102
       Telephone: (415) 436-7368
8      Facsimile: (415) 436-7234
       E-Mail: lowell.powell2@usdoj.gov
9
   Attorneys for the United States of America
10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                  SAN FRANCISCO DIVISION

14
   UNITED STATES OF AMERICA,        )   No. CR 10-0653 WHA
15                                  )
       Plaintiff,                   )
16                                  )
           v.                       )   **STIPULATION AND [PROPOSED]**
17                                  )   **ORDER EXCLUDING TIME UNDER 18**
   MARIO ANIBAL VILLATORO           )   **U.S.C. § 3161**
18 NAVARRO,                         )
       a/k/a Amilcar Sanchez Diaz,  )
19     a/k/a Amilcar Diaz,          )
       a/k/a Amilica Diaz,          )
20                                  )
       Defendant.                   )
21 _____ )

22

23     On September 14, 2010, the parties in this case appeared before the Court. At that time,

24 the Court continued the matter to September 28, 2010. The parties have agreed to exclude the

25 period of time between September 14, 2010 and September 28, 2010, from any time limits

26 applicable under 18 U.S.C. § 3161. The parties represented that granting the exclusion would

27 allow the reasonable time necessary for effective preparation of counsel. *See* 18 U.S.C. §

28 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such an

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 10-0653 WHA

1  exclusion of time outweigh the best interests of the public and the defendant in a speedy trial.  18
2  U.S.C. § 3161(h)(7)(A).  At the hearing, the Court made findings consistent with this agreement.
3  SO STIPULATED:

                                              MELINDA HAAG
                                              United States Attorney

7  DATED: September 21, 2010                  _____/s/_____
                                              LOWELL C. POWELL
8                                               Special Assistant United States Attorney

10  DATED: September 21, 2010                  _____/s/_____
                                                DANIEL BLANK
11                                               Attorney for MARIO VILLATORO NAVARRO

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 10-0653 WHA

|   |   |
|---|---|
| 1 |  |
| 2 | [PROPOSED] ORDER |

For the reasons stated above and at the September 14, 2010 hearing, the Court finds that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from September 14, 2010 through September 28, 2010 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Denying the requested exclusion of time would deprive the parties of the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: September 22, 2010.

_____
THE HONORABLE WILLIAM ALSUP
United States District Judge

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 10-0653 WHA