1 | MELINDA HAAG (CABN 132612)
United States Attorney
2

3 | BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division
4

5 | LOWELL C. POWELL (CABN 235446)
Special Assistant United States Attorney
6
450 Golden Gate Avenue, Box 36055
7 | San Francisco, California 94102
Telephone: (415) 436-7368
8 | Facsimile: (415) 436-7234
E-Mail: lowell.powell2@usdoj.gov
9
Attorneys for the United States of America
10

FILED
SEP 22 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

11 | UNITED STATES DISTRICT COURT

12 | NORTHERN DISTRICT OF CALIFORNIA

13 | SAN FRANCISCO DIVISION

14
UNITED STATES OF AMERICA,            )   No. CR 10-0653 WHA
15                                    )
        Plaintiff,                    )
16                                    )
            v.                        )   **STIPULATION AND [PROPOSED]**
17                                    )   **ORDER EXCLUDING TIME UNDER 18**
MARIO ANIBAL VILLATORO                )   **U.S.C. § 3161**
18 | NAVARRO,                          )
        a/k/a Amilcar Sanchez Diaz,   )
19      a/k/a Amilcar Diaz,           )
        a/k/a Amilica Diaz,           )
20                                    )
        Defendant.                    )
21 | _____   )

22

23 | On September 9, 2010, the parties in this case appeared before the Court. At that time, the

24 | Court continued the matter to September 14, 2010. The parties have agreed to exclude the period

25 | of time between September 9, 2010 and September 14, 2010, from any time limits applicable

26 | under 18 U.S.C. § 3161. The parties represented that granting the exclusion would allow the

27 | reasonable time necessary for effective preparation of counsel. *See* 18 U.S.C. §

28 | 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such an

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 10-0653 WHA

1  exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. 18
2  U.S.C. § 3161(h)(7)(A). At the hearing, the Court made findings consistent with this agreement.
3  SO STIPULATED:

MELINDA HAAG
United States Attorney

DATED: September 21, 2010

       /s/
LOWELL C. POWELL
Special Assistant United States Attorney

DATED: September 21, 2010

       /s/
DANIEL BLANK
Attorney for MARIO VILLATORO NAVARRO

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 10-0653 WHA

[PROPOSED] ORDER

For the reasons stated above and at the September 9, 2010 hearing, the Court finds that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from September 9, 2010 through September 14, 2010 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Denying the requested exclusion of time would deprive the parties of the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 22 Sept 2010

THE HONORABLE BERNARD ZIMMERMAN
United States Magistrate Judge