MELINDA HAAG (CABN 132612)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

LOWELL C. POWELL (CABN 235446)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7368
    Facsimile: (415) 436-7234
    E-Mail: lowell.powell2@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-0653 WHA |
|     Plaintiff, ) | |
|     v. ) | [~~PROPOSED~~] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| MARIO ANIBAL VILLATORO NAVARRO, ) | |
|     a/k/a Amilcar Sanchez Diaz, ) | |
|     a/k/a Amilcar Diaz, ) | |
|     a/k/a Amilica Diaz, ) | |
|     Defendant. ) | |

On September 28, 2010, the parties in this case appeared before the Court. The defendant made a motion for new counsel. The Court then continued the matter to October 5, 2010, to allow for the appointment of new counsel. The Government requested an exclusion of time for the period of time between September 28, 2010 and October 5, 2010, from any time limits applicable under 18 U.S.C. § 3161. The Government represented that granting the exclusion would allow the reasonable time necessary for the defendant to seek new counsel, and that the

1  failure to grant the defendant's request for a continuance would result in a miscarriage of justice.
2  *See* 18 U.S.C. § 3161(h)(7)(B)(i).  The Government further represented that the ends of justice
3  served by granting such an exclusion of time outweigh the best interests of the public and the
4  defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  At the hearing, the Court made findings
5  consistent with the Government's representations.

                                            MELINDA HAAG
                                            United States Attorney

DATED: October 4, 2010                          /s/
                                            LOWELL C. POWELL
                                            Special Assistant United States Attorney

14                                       [~~PROPOSED~~] ORDER
15        For the reasons stated above and at the September 28, 2010 hearing, the Court finds that
16  the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from
17  September 28, 2010 through October 5, 2010 is warranted and that the ends of justice served by
18  the continuance outweigh the best interests of the public and the defendant in a speedy trial.  18
19  U.S.C. §3161(h)(7)(A). Denying the requested exclusion of time would result in a miscarriage of
20  justice.  18 U.S.C. §3161(h)(7)(B)(i).

22      IT IS SO ORDERED.

24  DATED: October 4, 2010.                         /s/ William Alsup
                                            THE HONORABLE WILLIAM ALSUP
25                                              United States District Judge

[~~PROPOSED~~] ORDER EXCLUDING TIME
CR 10-0653 WHA