MELINDA HAAG (CABN 132612)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

LOWELL C. POWELL (CABN 235446)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7368
    Facsimile: (415) 436-7234
    E-Mail: lowell.powell2@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-0653 WHA |
|     Plaintiff, ) | |
|     v. ) | **STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161** |
| MARIO ANIBAL VILLATORO NAVARRO, ) | |
|     a/k/a Amilcar Sanchez Diaz, ) | |
|     a/k/a Amilcar Diaz, ) | |
|     a/k/a Amilica Diaz, ) | |
|     Defendant. ) | |

On October 4, 2010, the parties in this case appeared before the Court. At that time, the Court continued the matter to October 26, 2010. The parties have agreed to exclude the period of time between October 4, 2010 and October 26, 2010, from any time limits applicable under 18 U.S.C. § 3161. The parties represented that granting the exclusion would allow the reasonable time necessary for effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such an exclusion of time outweigh

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 10-0653 WHA

1  the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).
2  At the hearing, the Court made findings consistent with this agreement.
3  SO STIPULATED:

                                                MELINDA HAAG
                                                United States Attorney

7  DATED: October 4, 2010              _____/s/_____
8                                           LOWELL C. POWELL
                                         Special Assistant United States Attorney

10  DATED: October 4, 2010             _____/s/_____
                                         JEFFRY GLENN
11                                           Attorney for MARIO VILLATORO NAVARRO

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 10-0653 WHA

## [PROPOSED] ORDER

For the reasons stated above and at the October 4, 2010 hearing, the Court finds that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from October 4, 2010 through October 26, 2010 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Denying the requested exclusion of time would deprive the parties of the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: October 6, 2010.

_____
THE HONORABLE WILLIAM ALSUP
United States District Judge

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 10-0653 WHA